## VALIDITY OF LONGVIEW HOSPITAL BOND ISSUE.

Court of Appeals for Hamilton County.

STATE OF OHIO, ON THE RELATION OF JOHN V. CAMPBELL, PROSECUTING ATTORNEY, v. FRED E. WESSELMANN ET AL.[*]

Decided, April 3, 1916.

*County Bonds—Validity of Issue of—For Enlargement of an Insane Asylum Where Issue Has Been Authorized by the Electorate— How Proceeds May be Expended.*

Injunction does not lie against an issue of bonds, put forth by county commissioners for improvements in an insane asylum owned by the county, where the issue has been approved by the people and the proceeds are disbursed in accordance with the statutory provisions.

---

[*]Affirming, *State, ex rel Campbell,* v. *Wesselmann et al,* 18 N.P.(N.S.), 564.

*Campbell, Hickenlooper, Hauck & Capelle,* for plaintiffs in error.

*Herman P. Goebel,* contra.

BY THE COURT.

The commissioners of Hamilton county have the authority to provide for the issue of bonds for the construction, enlargement and repair of buildings for Longview Hospital under Section 2434, General Code, after first submitting the question of such issue to the voters of the county and receiving their approval in compliance with Section 5638, *et seq.,* General Code.

The proceedings for the issue of bonds in the sum of $300,000 for such purpose, which are attacked in this action, are regular and valid, and fully comply with all the requirements of the law.

So much of the proceeds of these bonds as are issued for the purpose of constructing new buildings can only be disbursed and expended by a building commission to be constituted and controlled under the provisions of Sections 2333 to 2342 inclusive, General Code; and the amount used for the repair of existing buildings must be disbursed and expended by the board of directors of Longview Hospital.

The judgment of the court of common pleas is affirmed.